# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN BRISENO,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>JAMES WALKER,<br><br>　　　　　　Respondent.<br>_____/ | 1:09-cv-01330-DLB (HC)<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE ACTION PURSUANT TO PETITIONER'S MOTION TO WITHDRAW PETITION<br><br>[Doc. 8] |

　　　　Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

　　　　On August 10, 2009, Petitioner filed a motion to withdraw the instant petition, which is construed as a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(i). Because Respondent has not made an appearance in the action or filed a response, Petitioner has the absolute right to dismiss his claims, without prejudice. Duke Energy Trading and Marketing, L.L.C. v. Davis, 267 F.3d 1042, 1049 (9th Cir. 2001). The filing of the notice itself has the effect of closing the action, and the Court no longer has jurisdiction over the claims. Id.

　　　　Accordingly, the Clerk of the Court is HEREBY DIRECTED to close this file pursuant to Plaintiff's notice of voluntary dismissal filed on August 10, 2009.

　　　　IT IS SO ORDERED.

　　Dated: __August 20, 2009__　　　　　　　____/s/ Dennis L. Beck____
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1